**1**

## J. B. CLINTON et al., Appellants, v. AUDITORIUM COMPANY.

Circuit Court of Appeals, Eighth Circuit.
December 15, 1927.

No. 7988.

Appeal from the District Court of the United States for the District of Minnesota.

Oscar Mitchell, W. D. Bailey, and H. A. Carmichael, all of Duluth, Minn., for appellants.

Arnold L. Guesmer, Harry S. Carson, Edwin C. Brown, and Charles A. Loughin, all of Minneapolis, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellants.

═══════

**2**

## J. Harry CONE v. NEW BRITAIN MACHINE COMPANY. ·

Circuit Court of Appeals, Sixth Circuit.
June 30, 1927.

No. 4616.

Appeal from the District Court of the United States for the Southern District of Ohio; Smith Hickenlooper, Judge.

See, also, 20 F.(2d) 593.

Nichols, Morrill, Stewart & Ginter and Gatch, McLaughlin & Gatch, all of Cincinnati, Ohio, for appellant.

Paxton, Warrington & Seasongood, of Cincinnati, Ohio, for appellee.

PER CURIAM. Decree of District Court reversed, with costs, and cause remanded for further proceedings.

═══════

**3**

## Anthony S. D'ANGELO, Plaintiff In Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit.
January 3, 1928.

No. 5180.

In Error to the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Hugh S. Suthon and Joseph A. McCaleb, both of New Orleans, La., for plaintiff in error.

Wayne G. Borah, U. S. Atty., and Wm. H. Norman, Asst. U. S. Atty., both of New Orleans, La.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.

═══════

**4**

## J. Troy DARBY, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit.
November 23, 1927.

No. 5070.

In Error to the District Court of the United States for the Eastern District of Texas; W. L. Estes, Judge.

Gordon Simpson, of Tyler, Tex. (John B. Guinn, of Jacksonville, Tex., S. M. Adams, of Nacogdoches, Tex., and Lasseter & Simpson and Gordon Simpson, all of Tyler, Tex., on the brief), for plaintiff in error.

Randolph Bryant, U. S. Atty., of Sherman, Tex.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.

═══════

**5**

## Ruth E. DOOLEY et al., Appellants, v. R. R. KARRAKER, Receiver, etc.

Circuit Court of Appeals, Eighth Circuit.
December 5, 1927.

No. 7773.

Appeal from the District Court of the United States for the. Eastern District of Missouri.

James H. Whitecotton and W. W. Barnes, both of Paris, Mo., for appellants.

George A. Mahan, Dulany Mahan, and Ezra T. Fuller, all of Hannibal, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.